

Egan's argument that subsection 7121(g), and not subsection (e), which excludes Foreign Service officers, applies here is correct. This error, however, was harmless because subsection 7121(g) bars Egan's board appeal.

**Zella J. MARTIN, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 01–3283.

United States Court of Appeals, Federal Circuit.

April 4, 2002.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert SPURLOCK, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 01–3379.

United States Court of Appeals, Federal Circuit.

April 4, 2002.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Richard FIORE, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 02–3041.

United States Court of Appeals, Federal Circuit.

April 4, 2002.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Steven R. BAUGH, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 01–3297.

United States Court of Appeals, Federal Circuit.

April 5, 2002.

Before LOURIE, BRYSON, and DYK, Circuit Judges.

## DECISION

PER CURIAM.

Petitioner Steven R. Baugh seeks review of the May 7, 2001, decision of the Merit Systems Protection Board, No. CH–844E–01–0197–I–1, which dismissed as untimely his appeal of a decision of the Office of Personnel Management (OPM) rejecting his claim for disability benefits. We *affirm.*

## BACKGROUND

OPM issued a reconsideration decision on November 8, 2000, denying Mr. Baugh's claim for disability retirement under the